Michael K. Brown (SBN 104252)
Thomas J. Yoo (SBN 175118)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:     213.457.8000
Facsimile:     213.457.8080
Email: mkbrown@reedsmith.com
tyoo@reedsmith.com

Steven J. Boranian (SBN 174183)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922
Telephone:     415.543.8700
Facsimile:     415.391.8269
Email: sboranian@reedsmith.com

Kevin M. Hara (SBN 221604)
REED SMITH LLP
1999 Harrison St., Suite 2400
Oakland, CA  94610
Telephone:     510.763.2000
Facsimile:     510.273.8832
Email: khara@reedsmith.com

Attorneys for Defendant
Merck & Co., Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JUANITA BATTLE, by and through a Successor in Interest, AMEENAH SHABBAZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MERCK & COMPANY, INC., et al.,<br><br>Defendants. | Case No.  **2:07-cv-00077-MCE-KJM**<br><br>**ORDER GRANTING DEFENDANT MERCK & CO., INC.'S REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Hearing Date:     June 8, 2007<br>Time:                 9:00 a.m.<br>Courtroom:       3<br>Compl. Filed:    September 26, 2006<br>Trial Date:        None Set<br><br>Honorable Morrison C. England |

– 1 –

[PROPOSED] ORDER GRANTING DEFENDANT MERCK & CO., INC.'S REQUEST FOR TELEPHONIC APPEARANCE

The Court, having considered Defendant Merck & Co., Inc.'s Request For Telephonic Appearance at the scheduled hearings on Merck's Motion to Stay Proceedings Pending a Decision on Transfer by the Judicial Panel on Multidistrict Litigation and Plaintiff's Motion To Remand before this Court on June 8, 2007, at 9:00 a.m. in Courtroom 3, and good cause appearing, **ORDERS** as follows:

Defendant Merck & Co., Inc.'s Request for Telephonic Appearance at the above scheduled hearings is GRANTED.  Counsel for Merck, Steven J. Boranian will appear and be available at the number (415) 659-5980.

IT IS SO ORDERED.

DATED:  June 6, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE