UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----

ESTATE OF JUANITA BATTLE, by and through a Successor in Interest, AMEENAH SHABBAZ, an individual,

    Plaintiff,

  v.

MERCK & COMPANY, INC., et al.,

    Defendants.

No. 2:07-cv-00077-MCE-KJM

<u>ORDER</u>

----oo0oo----

Plaintiff's Motion to Remand is presently scheduled for hearing before this Court on June 8, 2007, along with Defendant Merck's Motion to Stay these proceedings pending transfer of the above-entitled action to MDL No. 1657, *In re Vioxx Marketing, Sales Practices and Products Liability Litigation*, in the Eastern District of Louisiana. The Court is informed that on May 31, 2007, the Judicial Panel on Multidistrict Litigation ("JPML") considered Plaintiff's opposition to MDL transfer without oral argument, and that a decision by the JPML on the issue is expected shortly.

1

1  Because the MDL will assume responsibility for the handling
2 of this matter should transfer be effectuated, and because the
3 MDL's decision in that regard appears imminent, this Court, in
4 the interest of judicial economy, declines to hear Plaintiff's
5 Motion to Remand and Merck's Motion to Stay until after the
6 transfer issue has been resolved.  The Court accordingly
7 continues said Motions until August 3, 2007 at 9:00 a.m. to allow
8 such determination.

10  IT IS SO ORDERED.

12 Dated: June 7, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE